**Andrew G. Patel**
Attorney-at-Law
The Trinity Building
111 Broadway, 13th Floor
New York, New York 10006
Telephone 212-349-0230

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/13

DOCKET

Fax 212-346-4665

**By Hand**

August 8, 2013



Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:   <u>United States v. Adel Abdel Bary</u>
            (S7) 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

     This letter is respectfully submitted to particularize the statements of Mr. Abdel Bary that we seek to suppress.  The particular statements we seek to suppress are highlighted in yellow in the enclosed documents.

     The first 4 pages of statements (Bates stamped [98 Cr. 1023 (LAK)-AB-007679-007682] were produced by the Government on or about July 19, 2013.  These statements were made in Mr. Abdel Bary's home at the time of his arrest in the absence of counsel.

     I have been advised that it is the Government's current intention not to seek to introduce in its case in chief, Mr. Abdel Bary's "no comment" statements made during interviews conducted at the Charing Cross Police Station on September 25, 1998 and the 2 interviews conducted on September 26, 1998.

                Respectfully submitted,

                Andrew G. Patel

encl.

cc:   All counsel of record (by electronic mail w/color attachment)



DC [REDACTED] and Mr ABDELBARY.

Q.    "I'm DC [REDACTED] from the Anti-Terrorist Branch and this is DC
[REDACTED]."

Mr ABDELBARY then got up out of the bed and DC [REDACTED] said to him at
0635.

Q    "Listen carefully you are under arrest for Section 14 of the
Prevention of Terrorism Act namely that you are involved in
the commission, preparation or instigation of Acts of
Terrorism." DC [REDACTED] then cautioned him.

He made no reply.

In an effort to alleviate any distress to his children Mr ABDELBARY
was taken to the next bedroom.

DC [REDACTED] said, "This place is going to be searched is there anything
here that may harm anybody?"

A.    "No."

Q.    "You will be taken to Charing Cross Police Station and you
will be given a chance to take some spare clothing and a
prayer mat if you wish."

A.    "Okay."

Q.    "Do you have any vehicles?"

A.    "Yes a Rover and a Ford."

DC [REDACTED] then told him that these too would be searched and again
asked him if they contained anything that would harm someone.

He said, "No."

DC ▇ indicated to several black bin liners propped against the
wall and said, "What's in these?" He said, "Newspapers.  I use them
for research in my job."

DC ▇ said, "What do you do then?"
He said, "I'm a solicitor I work for the Egyptian people that is
why I have asylum in this country."

DC ▇ said, "Do you have an office?"
He said, "Yes, across the road."

DC ▇ said, "That will be searched as well. Is there anything
there that would harm someone?"
He said, "No."

DC ▇ said, "I think its clear to go into your bedroom again."



███████████████ Also present in the cell was his

solicitor Mr AHMED.  Mr ABDELBARY was awake and in consultation

with his solicitor. I was then joined by DC █████. I said to Mr

ABDELBARY, "I am now formally releasing you from the provisions of

the Prevention of Terrorism Act 1989.  The time of your release

will be 0133.  However I am arresting you for possessing a

prohibited weapon namely two CS gas canisters."  I then formally

cautioned Mr ABDELBARY at 0135 in respect of that matter to which

he made no reply. The entire procedure was explained to Mr

ABDELBARY by the interpreter.  Following this Mr ABDELBARY through

the interpreter was informed by the custody officer that he would

be charged in a short while in respect of his possession of the two

CS gas canisters.

At 0210 that day in the same cell with the same persons present the

custody officer through the interpreter formally charged the

prisoner and when further cautioned after charge Mr ABDELBARY

elected to make the following reply:

"I would like to let you know I live in a very rough area and it is

well known that it's rough. Sometimes my children play in the

hallway and there is rubbish next to the door. They sometimes bring

back injection used syringe and I did not know what it was for.

With my English knowledge I would not understand what is its

content."

Later that morning Mr ABDELBARY was released and bailed to appear

before Marylebone Magistrates Court to answer the charge.



DI █████████ having identified himself asked the male, "What is your name?". The male replied,"Adel BARY".



D925

| EXHIBIT REF. NO. | PRODUCED BY: |
|---|---|
| **TIA/20A** | **DC AGNEW** |

DESCRIPTION:
**RECORD OF TAPE RECORDED INTERVIEW**
**ADEL ABDEL BARY**
**24/9/98 13.42 - 14.27**

WHERE FOUND:
**CHARING CROSS POLICE STATION**

REMARKS:

52

Form MG 15(T)

# Record of Tape Recorded Interview

Person interviewed ......... Adel ABDELBARY ................................................ Police Exhibit No......... TIA/20A

Place of interview ....... Charing Cross Police Station ................... Number of Pages ....... 15

24th September 1998

Signature of interviewing

Date of interview ........................................................................................ officer producing exhibit

Time commenced ....... 1342 ......................................................... Time concluded....... 1427

Duration of interview ....... 45 minutes ..................................... Tape reference Nos...................

Interviewing Officer(s)... Detective Constable AGNEW, Detective Constable POWELL .................

Other persons present ..... Miss A RISK (Interpreter) & Mr AHMED Solicitor ...............................

| Tape counter times | Person speaking | Text |
|---|---|---|
|  |  | (The following interview was conducted via an Interpreter as Mr ABDELBARY does not speak English. ALL his answers are through the Interpreter). |
|  | AGNEW | This interview is being tape recorded. I am Detective Constable Ivan AGNEW attached to the Anti-Terrorist Branch at New Scotland Yard. The other police officer present is: |
|  | POWELL | Detective Constable Gary POWELL also attached to the Anti-Terrorist Branch. |
| 54 | AGNEW | We are in the interview room at Charing Cross Police Station. Okay, I am interviewing, can you please state your full name. |
|  | ABDELBARY | Adel Mohammed ABDELBARY. |
| 1.24 | AGNEW | Okay. Thank you Mr ABDELBARY. Also present is a solicitor Mr ABDELBARY. |
| 1.38 | AGNEW | Can you please introduce yourself sir? |
|  | AHMED | My name is Mr AHMED. I'm solicitor from Ahmed and Co. And by way of introduction my job here is to look after your legal rights. And what that basically means |

33

Form MG 15A(T)

Continuation sheet No:.............................

2

Adel ABDELBARY

.....ord of tape recorded interview of ...................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | I obtain information from the police officers which then I discuss with you, and at this stage I can say that I only have very limited disclosure and consequently my advice is extremely limited based on that disclosure. And consequently should there be introduction of any fresh evidence or information, I will seek to intervene, and try to explain and advise you on how best to deal with information. Do you understand all of that? |
| 3.18 | ABDELBARY | Yes. |
| | AGNEW | Today's date is the 24th of September 1998. The time on my watch is 1.42 pm. |
| | RISK | What's the time? |
| 3.41 | AGNEW | 1.42 pm. This interview is being tape recorded and it may be given in evidence if your case is brought to trial. At the conclusion of the interview I will give you a notice explaining what will happen to the tapes. I must remind you that you have the right to free and independent legal advice. You can speak to a solicitor in private at any time of day or night and this legal advice is free. You can speak to a solicitor in person. If you do not want to speak to a solicitor in person, you can speak on the telephone. If you do want legal advice the interview can be delayed unless certain exceptions apply. As there is a solicitor present already, I will carry on with this interview. Do you understand everything that I have said to you? |

Form MG 15A(T)

Continuation sheet No:............................. 3

Adel ABDELBARY

...:ord of tape recorded interview of ....................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| 5.51 | ABDELBARY | Yes. |
| 5.58 | AGNEW | You do not have to say anything but it may harm your defence if you do not mention when questioned something which you later rely on in court. Anything you do, you do say may be given in evidence. Do you understand what that caution means? |
| 6.42 | ABDELBARY | Yes. |
| | AGNEW | Thank you. Okay. Mr ABDELBARY you have had an opportunity to consult with your legal representative prior to this interview, is that right? |
| | ABDELBARY | This is true. This is right, but I have not any details about the case. |
| 7.23 | AGNEW | I will ask you some questions in due course and perhaps you will be able to have a greater understanding of why you're here. Before this interview began, you have been provided with a cup of coffee and in addition, your solicitor has read over your notes of arrest. |
| 8.25 | ABDELBARY | Yes, I, he mentioned how I was arrested. |
| | AGNEW | Is the record that you've listened to correct? |
| 8.43 | ABDELBARY | Yes. But when the police enter, or when they entered on to my children, they cry and they scream and the police did not mention so. |
| | AHMED | That's right. |
| | AGNEW | That, that I would concede but as you can imagine that is an accurate recollection of the salient points of what's happened. Do you understand? |

Form MG 15A(T)

Continuation sheet No:.............................
4

Adel ABDELBARY

...ord of tape recorded interview of ..................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| 9.31 | ABDELBARY | Yes. But er... he did not show me a warrant of arrest or a letter of arrest. And that's true. |
| | AGNEW | That is not my recollection of events. Can I say that you had just been er... woken up. |
| 10.10 | ABDELBARY | He did not give me a letter, I am sure. He only told me verbally. |
| | AGNEW | Yes umm... but it, it has been shown. |
| ¨¨.27 | ABDELBARY | However, this did not happen. I'm sure this did not happen, maybe no circumstances. Maybe his circumstances er... he forgot to show it to me. |
| | AGNEW | We'll move on. Do you agree that everything else is correct. |
| 10.45 | RISK | Okay. |
| | ABDELBARY | Yes, sure, everything is correct, yes. |
| | AGNEW | Okay. I would like to ask you some questions about your lifestyle and antecedent history. |
| | RISK | And? |
| | AGNEW | Antecedent history - your life history. Do you have any other names? |
| 11.37 | ABDELBARY | No. No. It is my name Adel Mohammed Abdel Magid ABDELBARY. That's all my names. |
| | AGNEW | Do you sometimes spell ABDELBARY with an 'E' and sometimes with a 'U'? |
| | ABDELBARY | I don't use 'U' at all I only use 'EL'. |
| 12.23 | AGNEW | What is your date of birth? |
| | ABDELBARY | 24.4.1960. |
| | AGNEW | Do you have any nicknames? |

Form MG 15A(T)

Continuation sheet No:...5........................

Adel ABDELBARY

...ord of tape recorded interview of ..................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | ABDELBARY | No. |
| 12.45 | AGNEW | What is your immigration status? |
| | ABDELBARY | I have obtained a permanent leave residence. |
| | AGNEW | What nationality are you? |
| | ABDELBARY | Egyptian. |
| | AGNEW | Where were you born? |
| 13.17 | ABDELBARY | In Cairo. |
| | AGNEW | What date did you arrive in the UK? |
| | ABDELBARY | I do not, I do not re... I do not recall precisely. It could be in September or October 91. |
| 13.56 | AGNEW | What was your method of entry? |
| | ABDELBARY | I entered on a visa from the airport. |
| 14.15 | AGNEW | Which airport? |
| | ABDELBARY | Heathrow. |
| | AGNEW | Which country did you travel from? |
| | ABDELBARY | From Saudia. |
| | AGNEW | Did you come directly from Saudi? |
| | ABDELBARY | Yes. |
| 14.48 | AGNEW | Have you left this country at any time since your arrival? |
| | ABDELBARY | I have not left apart from two weeks ago, I left for two days and I returned. |
| | AGNEW | Where did you go to? |
| | ABDELBARY | To (Kharta??? Qatar???). |
| | AGNEW | Why did you go there? |
| 15.30 | ABDELBARY | I had a TV meeting/interview by invitation from the Island Space Channel - Satellite Channel. Algerzera |

Form MG 15A(T)

Continuation sheet No:..............................

6

Adel ABDELBARY

ord of tape recorded interview of ...................................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | Satellite Channel. |
| | AGNEW | Did you meet anyone else there? |
| 16.12 | ABDELBARY | Only the presenters. |
| | AGNEW | Do you have any friends there? |
| | ABDELBARY | No. |
| | AGNEW | Did they pay for your trip? |
| | ABDELBARY | Algerzera Channel paid - satellite channel paid. They gave me the ticket directly. |
| 16.53 | AGNEW | Did you come to the UK as a political refugee? |
| | ABDELBARY | Yes. |
| | AGNEW | Can you tell me the background to your claim for refugee status? |
| 17.33 | ABDELBARY | I was a solicitor/employer in Egypt and I used to defend and take on cases for Islamists. And the Government was always suppressing me, stop pressurising me not to. They imprisoned me and tortured me. They wanted me to work with them and I refuse that. Every period they arrested me, detain me and release me and so on, they detain me and release me. Therefore I was obliged to leave for the sake of my children. And I left the country with an agreement with them. They agreed to let me go provided that I do not return back again. On the first occasion when I wanted to leave I travel, they returned me back off the plane and this, this evidence is on my passport which I apply and presented. And I left on my personal passport. The person who guarantee to help me apply |

Form MG 15A(T)

Continuation sheet No:...............7...............

Adel ABDELBARY

Record of tape recorded interview of ...............................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | for asylum, it is not a person it's an organisation - the Amnesty International who adopted or took my case on because they knew me and that I was imprisonment er... in prison and they have produced several reports about my case. |
| 20.22 | AGNEW | What would happen to you if you umm... returned to your country? |
| | ABDELBARY | I have at present time a judgement of execution by a Military Court which it was issued, it was issued by Military Court, absence, in absence. This happened last year. After I, after I declare the opening of the office - the International Office for the Defence of the Egyptian People. |
| 21.23 | AGNEW | Can you tell me during which periods you were imprisoned? |
| | ABDELBARY | During the period between 82 and the 19th, up to, up till 1990, when I came. I was in and out, in and out, in and out. |
| | AGNEW | What was the longest period you got imprisonment? |
| 22.04 | ABDELBARY | Around two and a half years. |
| | AGNEW | How many times have you been imprisoned? |
| | ABDELBARY | Many. Around twelve times. |
| | AGNEW | When you arrived in this country where did you live? |
| | ABDELBARY | In Kilburn. |
| | AGNEW | What address? |
| 22.44 | ABDELBARY | 5 Quex Road. |
| | AGNEW | How long did you stay there? |

Form MG 15A(T)

8

Continuation sheet No:.............................

Adel ABDELBARY

·ord of tape recorded interview of .........................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | ABDELBARY | One year approximately. |
| | AGNEW | Where did you go next? |
| | ABDELBARY | I went again near in Victoria Street. I don't remember the house number? |
| | AGNEW | How long did you stay there? |
| 23.37 | ABDELBARY | I believe seven or eight months, I don't remember precisely. |
| | AGNEW | Where did you go next? |
| 23.58 | ABDELBARY | I went, after that I went to St. John's Wood. |
| | AGNEW | The address? |
| 24.06 | ABDELBARY | Carlton Hill. I don't remember the number. |
| | AGNEW | Where next? |
| | ABDELBARY | After that I had, er... my children arrive and the cons... the counsel sent us to Edgware Road. I don't remember the name of the street, it's a bit difficult. |
| | AGNEW | How long did you stay there? |
| 24.59 | ABDELBARY | I didn't stay long. A month or two approximately, something like that. |
| | AGNEW | Where next? |
| | ABDELBARY | West Ham. |
| | AGNEW | Where exactly? |
| | ABDELBARY | I don't remember. I didn't stay long there. |
| | AGNEW | Where next? |
| | ABDELBARY | The address I am living in. |
| 25.43 | AGNEW | Okay. Who pays the rent at your current address? |
| | ABDELBARY | The Counsel, the Government. |
| | AGNEW | What's your current occupation? |

Form MG 15A(T)

Continuation sheet No:.............................. 9

Adel ABDELBARY

...ord of tape recorded interview of ...................................................................

| .ape counter times | Person speaking | Text |
|---|---|---|
| | ABDELBARY | I am unemployed. I try to work as a journalist. I lost opportunity, every time I try to get an opportunity it, I lose it. |
| 26.31 | AGNEW | Why do you lose it? |
| | ABDELBARY | On one occasion it was with the BBC and because the Islamists struggle abroad and I had no passport. After that we tried and attempted to establish a newspaper here but we did not succeed. |
| 27.21 | AGNEW | Do you receive Unemployment Benefit? |
| | ABDELBARY | Yes. |
| | AGNEW | How much? |
| | ABDELBARY | £200 per week. |
| | AGNEW | Do you receive any other monies? |
| | ABDELBARY | Sometime my mother used to send me money from Egypt. We have two shops and my law office. And life here need people to spend money because of the circumstances and especially my circumstances. |
| 2~.34 | AGNEW | Do you pay the gas, electricity and telephone bills? |
| | ABDELBARY | Mostly yes, but sometime I am late. |
| | AGNEW | You have a mobile telephone? |
| | ABDELBARY | Yes. |
| | AGNEW | What number? |
| | ABDELBARY | 0956 375892. |
| | AGNEW | How long have you had that telephone? |
| | ABDELBARY | Sort of a year and a half. |
| | AGNEW | Before that did you have another mobile telephone? |
| | ABDELBARY | I believe I had One 2 One. |

Form MG 15A(T)

Continuation sheet No:...........10..............

Adel ABDELBARY

...ord of tape recorded interview of ........................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| 29.44 | AGNEW | What number? |
| | ABDELBARY | I don't remember it because I sold it. |
| | AGNEW | Who to? |
| | ABDELBARY | Someone in the mosque, I sold it through the mosque. |
| 30.07 | AGNEW | Do you know this person's name? |
| | ABDELBARY | No. |
| | RISK | Just I clarify one point. When he said (Ms RISK says something in Egyptian) mean someone in Egypt but then I clarify does he mean someone in Egypt, he said no, someone in the mosque through the mosque. |
| 30.35 | AGNEW | Okay. Who is the retail provider for the mobile telephone? |
| | ABDELBARY | One 2 One. |
| | AGNEW | What family do you have in the UK? |
| | ABDELBARY | My wife and five children. |
| | AGNEW | What is your wife's name. |
| | ABDELBARY | Ragaa. |
| | RISK | (Spells the wife's name). |
| | ABDELBARY | ABDELBARY. ABDELBARY, on my name. |
| 31.26 | AGNEW | What are the names and ages of your children? |
| | ABDELBARY | Ikram. |
| | RISK | (Spells it) - I.K.R.A.M. or E.K.R.A.M.? |
| | ABDELBARY | 'E'. |
| | RISK | E.K.R.A.M. |
| | | (The following children's names were spelt out on tape by Mr ABDELBARY and Ms RISK). |
| | ABDELBARY | Around 12 years. Mohammed he is 10 years. Abdel Majed. |

Form MG 15A(T)

**Continuation sheet No:** 11
.................................

Adel ABDELBARY

Record of tape recorded interview of ...........................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | RISK | Ms RISK spells ABDEL MAJED. |
| | ABDELBARY | He is 8, 8 years. Diaa Aldeen and he is 4 years of age. He was born here. And Nadarahmah, she is the youngest who is 4 months. |
| 33.27 | RISK | Can I just clarify. Ekram is a boy. Mohammed is a boy. Abdel Majed is a boy. Ekram is a girl okay. Ikram female, girl. After that three boys and another girl. |
| | AGNEW | What family do you have outside of the UK? Brothers, sisters, friends? |
| | ABDELBARY | I have my brother and two, and two sister, two other sisters. And my sisters children outside in Libya. |
| 34.31 | AGNEW | Do you have any relatives in Algeria? |
| | ABDELBARY | No. |
| | AGNEW | Why are your sisters children in Libya? |
| | ABDELBARY | I will answer him on the question but I don't believe it is a question in connection or relating to what I am here for. My sister children, my sister was married there and she died there. And her children are still there, are married and have children. |
| | AGNEW | Okay. What are the names of your brother and sisters? |
| | ABDELBARY | My brother called Neem Abdelmajed. And my name sister name Afa. And my other sister names Mona. |
| 35.35 | POWELL | Can I just have the spelling for that? |
| | RISK | Yes of course. Abdelajed - M.A. er... A.B.E.L.M.A.J.E.D - ABDELMAJED is the brother. A sister names Afa - A.F.A. A sister Mona - M.O.N.A. |
| .22 | POWELL | Thank you. |

Form MG 15A(T)

Continuation sheet No:.............................. 12

Adel ABDELBARY

ord of tape recorded interview of ............................................................

| .ape counter times | Person speaking | Text |
|---|---|---|
| | AGNEW | Do, is, are both those sisters still alive? |
| | ABDELBARY | Yes. |
| | AGNEW | What is your wife's maiden name. |
| | ABDELBARY | Ismail. |
| | RISK | (Spells it) - I.S.M.A.I.L. |
| | AGNEW | Where was she born? |
| 37.01 | ABDELBARY | In Cairo. |
| | AGNEW | She is an Egyptian national? |
| | ABDELBARY | Yes. Yes. |
| | AGNEW | What are you educational qualifications? |
| | ABDELBARY | I have a achieved a Law Bachelor Degree. |
| | POWELL | Sorry a law? |
| | RISK | A law. |
| | ABDELBARY | And I also have Diploma - Post Graduate Diploma in Islamic Science from the same university (says a word in Egyptian) college, law college. Because the law college we have has got a section for Islamic (says word in Egyptian) stroke Islamic law. |
| 38.08 | AGNEW | Which college? |
| | ABDELBARY | Alzaqazeq College. |
| | RISK | Spells the above college. |
| | AGNEW | Have you ever served in the military? |
| | ABDELBARY | No. |
| | AGNEW | Have you any other skills or trade? |
| 38.57 | ABDELBARY | I have shops in Egypt with my brother. And, and I am a partner in a law office, my office. |
| | AGNEW | What is the name of your law office? |

Form MG 15A(T)

Continuation sheet No:............................ 13

Adel ABDELBARY

...ord of tape recorded interview of ................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | ABDELBARY | We do not have named of... er... officers named of... er... named offices of giving a brand name like here. Usually the offices are named after the owner. Personalised. |
| | AGNEW | What was your partner's name? |
| | ABDELBARY | Montasar Elzyat. |
| | RISK | (Spells it) - M.O.N.T.A.S.A.R. E.L.Z.Y.A.T. |
| | AGNEW | Is he the only partner? |
| | ABDELBARY | No there is another, third partner. |
| | AGNEW | What's his name? |
| | ABDELBARY | Sarwat Sallah. |
| | RISK | (Spells it) - S.A.R.W.A.T. - Salaah - S.A.L.A.H. |
| 40.50 | AGNEW | Were you employed by any other solicitors before setting up your partnership? |
| | ABDELBARY | Yes. |
| | AGNEW | What was the name of the company or the person? |
| | ABDELBARY | There were two. One called Youssif Saqer. |
| | RISK | (Spells YOUSIFF SAQER). |
| | ABDELBARY | And Mahmoud ABDELSHAFI. |
| | RISK | (spells MAHMOUD ABDELSHAFI). |
| 41.56 | AGNEW | Are they the only, are they the only persons that you've worked for? |
| | ABDELBARY | Yes. |
| 42.17 | AGNEW | Do you have any bank accounts? |
| | ABDELBARY | Yes. |
| | AGNEW | Where are those accounts held? |
| | ABDELBARY | Only one account in Abbey National. |

Form MG 15A(T)

14

Continuation sheet No:.............................

Adel ABDELBARY

Record of tape recorded interview of ....................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | AGNEW | Which branch? |
| | ABDELBARY | Kilburn. |
| | AGNEW | Do you know the account number? |
| | ABDELBARY | No. You have that card, they took it from me. |
| 42.52 | AGNEW | Do you have any loans? |
| | ABDELBARY | No. |
| | AGNEW | Do you have any credit cards, etc? |
| | ABDELBARY | Only the card with them. Only the card with them, with yourselves. |
| | AGNEW | Which credit card company? |
| 43.22 | ABDELBARY | It is from the Abbey National. |
| | AGNEW | So it's a bank card not, not a credit card? |
| | ABDELBARY | It is also a credit card? |
| | AGNEW | Is it Visa? |
| | ABDELBARY | Yes. It's got the Visa mark sign. |
| 43.54 | AGNEW | What cars do you own? |
| | ABDELBARY | The Rover car and a white car, Ford. The Rover is not working because it was hit while it, while I was station and it was hit and run. I tried and waited until the case, the court case end but unfortunately there was no, nothing, there was nothing. And I bought the car I have for £200 in order to use it and use it. |
| 45.04 | AGNEW | Have you had any other cars? |
| | ABDELBARY | No. No. |
| | AGNEW | Do you possess the documents for those vehicles? |
| | ABDELBARY | Yes I have the documents which is for the black car. But the white one, but the white one I haven't got the |

Form MG 15A(T)

Continuation sheet No:.............................. 15

Adel ABDELBARY

...ord of tape recorded interview of ..................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | document for it until now, I have not received it yet. |
| | AGNEW | Do you have computer or fax machines? |
| | ABDELBARY | Yes, yes. |
| | AGNEW | Are you on the Internet? |
| | ABDELBARY | Yes. |
| | AGNEW | What is your Website name? |
| | ABDELBARY | The International Office for the Defence about the Egyptian People. (Buzzer sounds on tape). |
| | AGNEW | Thank you. Is it true that you do not have a land telephone in your house? |
| 46.34 | ABDELBARY | Yes. |
| | AGNEW | What is the make of your computer? |
| | ABDELBARY | Mackintosh and IBM. |
| | AGNEW | Who is your Internet provider? |
| | ABDELBARY | I have the company documents, I don't know. |
| | AGNEW | Okay, and do you wish to add anything further or to clarify any point re. anything that you told me so far? |
| | | (TAPE CUTS OFF). |

D920

| EXHIBIT REF. NO. | PRODUCED BY: |
|---|---|
| **TIA/21A** | **DC AGNEW** |

DESCRIPTION:
**RECORD OF TAPE RECORDED
INTERVIEW
ADEL ABDEL BARY
24/9/98 15.31 - 16.15**

WHERE FOUND:
**CHARING CROSS POLICE STATION**

REMARKS:

78

Form MG 15(T)

# Record of Tape Recorded Interview

Person interviewed ........ Adel ABDELBARY ........................................  Police Exhibit No.......TIA/21A............

Place of interview ........ Charing Cross Police Station ........  Number of Pages ...15........

................................................
Signature of interviewing
Date of interview ........ 24th September 1998 ........................  officer producing exhibit

Time commenced ........ 1531 ........................................  Time concluded........1615..........

Duration of interview ...46 minutes.....................................  Tape reference Nos..................

Interviewing Officer(s)....Detective Constable AGNEW, Detective Constable POWELL..........

Other persons present .....Miss A RISK (Interpreter) & Mr AHMED Solicitor.................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | (The following interview was conducted via an Interpreter as Mr ABDELBARY does not speak English. ALL his answers are through the Interpreter). |
| | AGNEW | Okay this interview is being tape recorded. This is your second interview. We ran out of time on the last taped interview. We concluded the last interview at 2.27 pm. Can you confirm that there's been no untoward incidents between that interview and this interview. |
| | RISK | No one what? |
| | AGNEW | Untoward - unusual incidents. |
| 1.11 | ABDELBARY | Yes. |
| | AGNEW | Okay. And can you confirm that you a headache tablet and another cup of coffee. |
| | ABDELBARY | Yes. |
| 1.29 | AGNEW | And can you confirm that you've had an opportunity to consult privately with your legal representative? |
| | ABDELBARY | Yes. |
| | AGNEW | Okay. Umm ... one last point. I, I have served on your legal representative another disclosure sheet. And can |

73

Form MG 15A(T)

Continuation sheet No:........2....................

Adel ABDELBARY

·ord of tape recorded interview of ..................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | you confirm that you've had an opportunity to discuss with your solicitor, two of the sessions that we wish to speak about. |
| 2.40 | ABDELBARY | Yes. |
| 2.41 | AGNEW | Okay. Once again. You do not have to say anything but it may harm your defence if you do not mention when questioned something which you later rely on in court. Anything you do say may be given in evidence. Okay. The time on my watch is 3.31 pm. Can you confirm that there, there are the same persons present in the room as before? |
| 3.43 | ABDELBARY | Surely. |
| | AGNEW | Do you wish to add anything further or clarify any point or anything you have told me in your previous taped interview? |
| | ABDELBARY | I haven't got anything at the moment. |
| | AGNEW | Before I deal with the second part of your interview, can I ask you to expand upon some of your previous answers about your history and that of your family. You stated that you receive money from your mother. |
| 5.10 | ABDELBARY | Yes, sometime. |
| | AGNEW | How do you receive it in what form? |
| | ABDELBARY | When someone coming for a visit they give it to them. |
| | AGNEW | Do you receive cash or cheques. |
| | ABDELBARY | Cash. |
| 5.37 | AGNEW | How much cash have you received since you arrived in the UK? |

30

Form MG 15A(T)

Continuation sheet No:.............................. 3

Adel ABDELBARY

...ord of tape recorded interview of ........................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | ABDELBARY | Okay in period, on distant periods I don't remember, I'm unable to remember. |
| | AGNEW | Are you still a partner in your law firm back in Egypt? |
| 6.05 | ABDELBARY | Of course. |
| | AGNEW | Do your partners, your business associates send you money through? |
| | ABDELBARY | No, they give to my family. |
| | AGNEW | Do your family then send you monies over? |
| | ABDELBARY | Yes, sometime as I said. |
| | AGNEW | Okay. How did your children get into this country? How did they travel. |
| | ABDELBARY | They came from Cairo directly to here on their passports. |
| 6.55 | AGNEW | Who paid for their trip? |
| | ABDELBARY | We did. My family. My family. |
| | AGNEW | How did you get to Saudi Arabia from Egypt? |
| | ABDELBARY | I went into Saudi Arabia from here not from Egypt. |
| 7.28 | AGNEW | I understood that you travelled from Saudi Arabia to this country, is that wrong? |
| | ABDELBARY | No it appears that you don't have sufficient information. |
| | AGNEW | Would you provide me with the correct information. |
| | ABDELBARY | Surely. |
| | AGNEW | Explain how you got from Egypt to this country? |
| | ABDELBARY | I came through United State, I was in America before. I obtained a visa from the Brit... er... the, from the |

Form MG 15A(T)

Continuation sheet No:....4.........................

Adel ABDELBARY

record of tape recorded interview of ...................................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | British Embassy in Cairo. Afterward I went to America, and later, and afterward I came to the UK. And then I went to Saudi Arabia and then came back here again. |
| 8.49 | AGNEW | How long were you in America. |
| | ABDELBARY | Around three months. |
| | AGNEW | When was this? |
| | ABDELBARY | I believe in 91 approximately. |
| | AGNEW | Why did you leave America? |
| | ABDELBARY | I did not like situation there. |
| 9.16 | AGNEW | What was wrong with the situation? |
| | ABDELBARY | I felt, I felt outside of there. I liked London because I came to London. |
| | AGNEW | Where exactly did you stay in the United States of America? |
| 9.45 | ABDELBARY | I lived in New York. |
| | AGNEW | Do you .... |
| 9.47 | ABDELBARY | I resided in New York. |
| | AGNEW | Do you remember the address? |
| | ABDELBARY | No. |
| | AGNEW | Who paid for your air fares? |
| | ABDELBARY | I went on my own account. |
| | AGNEW | So you paid for your travel arrangements? |
| | ABDELBARY | Yes. |
| 10.19 | AGNEW | Okay. Who pays for your office equipment? |
| | ABDELBARY | The equipment I have in my office I get from the car boot sale, it is cheap, and others someone give me as a gift. |

Form MG 15A(T)

Continuation sheet No:.................5..........

Adel ABDELBARY

...ord of tape recorded interview of ............................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | AGNEW | Who was that person? |
| | ABDELBARY | I don't remember but I have to remember or. |
| | AGNEW | How do you pay for your mobile telephone and your Internet service? |
| 11.28 | ABDELBARY | From the money I have. If anything left from the money I have, meaning, meaning from the Income Support I am receiving, if something left I use it. Sometime there is some money left, other time it pays for shortage. And sometime I borrow some money from my friends and I return it again later on. |
| | AGNEW | How do you pay for the upkeep of your cars? |
| | ABDELBARY | The same way, the same, the same circumstances. |
| 12.22 | AGNEW | So you can afford to pay tax, insurance, MOTs on, on these vehicles? |
| | ABDELBARY | Yes the tax on my car is cheap. |
| 12.51 | AGNEW | It is no cheaper than anyone else's I would suggest. |
| | ABDELBARY | Yes normally I, I will pay. I mean the car is old. |
| | AGNEW | But the maintenance of a car is expensive. |
| | ABDELBARY | That's why I kept the black car unrepaired, I did not repair it. |
| | AGNEW | Is it parked on the road? |
| | ABDELBARY | Yes. |
| | AGNEW | So it needs tax. |
| 13.45 | ABDELBARY | It has got tax since. |
| | AGNEW | Okay. What do you, does your shop sell back in Egypt? |
| | ABDELBARY | One sells chickens, imported, not imported, we receive it alive, and the other shop sells cheeses and milks. |

Form MG 15A(T)

Continuation sheet No:............................ 6

Adel ABDELBARY

...ord of tape recorded interview of ........................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | AGNEW | Do you receive income from the sale of these goods? |
| | ABDELBARY | I am a partner with my brother and he pays what, he pays my share to my mother after my father died. |
| 14.47 | AGNEW | Will you tell me how much money you have received from your family since your arrival since your arrival in the UK? |
| | ABDELBARY | I have previously answer to this question I do not remember. |
| 15.10 | AHMED | I mean I'm just a bit concerned about the flow of the questions in the light of the reasons why he was arrested. I appreciate you want a full background on a ... |
| 15.18 | AGNEW | Yes. |
| | AHMED | National position. |
| | AGNEW | Yes. |
| | AHMED | But then we are getting close to other matters that he hasn't been arrested for. |
| | AGNEW | Yes, I'll, can I explain that. The reason I'm asking umm... such detailed questions is that during searches of his address and business addresses, we may well come across umm... funds. We will want to establish where the monies have come from. I will now move on. I would like to ask you about your relationship with those other individuals who have been arrested in connection with the offences that you've been arrested for. Do you know Ibrahim Hussein EIDAROUS? |
| .03 | ABDELBARY | Yes. |

Form MG 15A(T)

7

Continuation sheet No:..............................

Adel ABDELBARY

ord of tape recorded interview of ........................................................................

| ape counter times | Person speaking | Text |
|---|---|---|
| | AGNEW | Tell me what you know of this man? |
| | ABDELBARY | I was a solicitor during the mid-80's. At that time he was an officer in the Egyptian Army. That's all I know. That's all I understand. |
| | AGNEW | Why did you need to represent him? |
| | ABDELBARY | Where? |
| | AGNEW | Did you have to represent him as, as a lawyer? |
| .58 | ABDELBARY | Yes I am. I am his solicitor. I was his solicitor. |
| 18.04 | AGNEW | Was Mr EIDAROUS in trouble with the Egyptian Government? |
| | ABDELBARY | Yes. |
| | AGNEW | Do you, can you expand on that? |
| | ABDELBARY | I believe that I will not be able it is a long subject. And then what, what can I say? |
| | AGNEW | Do you keep in contact with Mr EIDAROUS in this country? |
| 19.12 | ABDELBARY | The International Office er... sometime when someone arrive in, unable, was unable to know anything as, for the procedure regarding school for the children. That's all I know about him. |
| | AGNEW | Is he a friend. |
| | ABDELBARY | That is the relationship that I was his solicitor. |
| | AGNEW | Do you talk to him ... |
| | ABDELBARY | That I am his solicitor. |
| | AGNEW | Do you talk to him by telephone or visit him on a regular basis. |
| .13 | ABDELBARY | I believe that I have come here to be asked about |

Form MG 15A(T)

Continuation sheet No:.............................
8

Adel ABDELBARY

...ord of tape recorded interview of ..........................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | myself, be questioned about myself and not about others. Besides I am a lawyer, I cannot talk about anyone I am his lawyer. That's against the law. |
| | AGNEW | Do you practice law in this country? |
| | ABDELBARY | No, but I have sworn a secrecy about other er... peoples secrets. They are my clients. |
| 21.09 | AGNEW | I don't believe that your client confidentiality umm... covers this situation. |
| | ABDELBARY | I have answered what I have. |
| | AGNEW | When was the last time your visited Mr EIDAROUS at his home address? |
| | ABDELBARY | I don't remember. |
| 22.06 | AGNEW | What can you tell me about Mr Hani Youssef AL SEBAI? |
| | ABDELBARY | I know him. He is a lawyer. I know him from Egypt. |
| | AGNEW | Under what circumstances in Egypt? |
| | ABDELBARY | He's a lawyer we used to joint, jointly defence certain cases. |
| | AGNEW | Was Mr AL SEBAI subject of arrest and detention? |
| | ABDELBARY | I do not know. |
| 22.59 | AGNEW | Have you visited Mr AL SEBAI at 123 Hamlet Gardens, West 6, his home address? |
| | ABDELBARY | Yes, yes, yes. |
| | AGNEW | What is your relationship with this man? |
| | ABDELBARY | Normal. There is no any relationship either. |
| | AGNEW | Are you friends? |
| 23.38 | ABDELBARY | Normally I am a friend to any person. The Egyptians here I mean. |

Form MG 15A(T)

9
Continuation sheet No:.............................

Adel ABDELBARY

...ord of tape recorded interview of .................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | AGNEW | What is your relationship with Hani El-Sayed YOUSSEFF? |
| | ABDELBARY | I have no relation, I have no relation with him, it's just a friendship, like any other friendship. I know him from, like any Egyptian. I know him from Egypt. |
| 24.27 | AGNEW | How did you meet Mr YOUSSEFF in Egypt? |
| | ABDELBARY | In court. |
| | AGNEW | Was he a defendant or a lawyer? |
| | ABDELBARY | Yes, lawyer. |
| | AHMED | Well just to clarify, are these one of the same persons - Hani Yousef AL SEBAI and El Sayed YOUSSEFF? |
| | AGNEW | Yes. Just to clarify that point. It, is Mr AL SEBAI and Mr YOUSSEFF one of the same person? |
| 25.25 | ABDELBARY | Okay. I know him in the name of Hani EL SEBAI. |
| | RISK | Just clarify the question again. You correct me. |
| | ABDELBARY | I'm not sure. |
| | AGNEW | Okay. It would appear from our records that Hani El Sayed YOUSSEFF and Hani EL SEBAI are one of the same people. |
| | RISK | Okay. Sorry. |
| | AGNEW | Do you understand that, that it would appear that Mr YOUSSEFF is also known as Mr EL SEBAI to us. |
| 26.40 | ABDELBARY | I do not know. I do not know. I have no idea. |
| | AGNEW | Okay. Do you know Mr AL MAQSUD? Yes his name is Sayyia Ahmed AL MAQSUD. Do you know that man? |
| 27.18 | ABDELBARY | Yes I know him. Yes I know him. |
| | AGNEW | Under what circumstances. |
| | ABDELBARY | The same thing. Most of the refugee, the asylum seeker |

Form MG 15A(T)

Continuation sheet No:.........10...............

Adel ABDELBARY

ord of tape recorded interview of ...................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | here, I was their lawyer. The asylum seeker from Islamists. I would like to add to yourself an information, a point, our office in Cairo, it's considered taking on most Islamists cases. And that is the reason that I, I'm aware or I know them. |
| 28.20 | AGNEW | Did you know him in Egypt? |
| | ABDELBARY | Yes. |
| | AGNEW | Was he a defendant or a lawyer? |
| | ABDELBARY | Hani was a lawyer, Sayyia was a client, a defendant. |
| | AGNEW | Was he in trouble for political reasons in Egypt? |
| | ABDELBARY | Yes, most of the people who we act on their behalf they have problems. |
| | AGNEW | Is he also known as Sayyia Ahmed ABDUL LATIF? |
| 29.16 | ABDELBARY | I don't know. I don't remember. I think he's known Sayyia Ahmed MAQSUD. |
| | AGNEW | Does he live at 46 Lancelot Road, Wembley? |
| | ABDELBARY | I don't know, I don't visit him. I don't know. |
| | AGNEW | Do you speak to this man by telephone? |
| 29.46 | ABDELBARY | I believe yes, truly yes. |
| | AGNEW | Often? |
| 29.53 | ABDELBARY | No. It depend on the circumstances. |
| | AGNEW | What circumstances would those be? |
| | ABDELBARY | I cannot precise when I talk to him. I cannot, I don't take a piece, er... a paper and write down, he contac me or I contact him one week or this week. |
| | AGNEW | Do you know Khaled AL FUWAZ? |
| | ABDELBARY | Yes. Yes. |

Form MG 15A(T)

11
Continuation sheet No:.............................

Adel ABDELBARY

...ord of tape recorded interview of ........................................................................

| .ape counter times | Person speaking | Text |
|---|---|---|
| | AGNEW | Under what circumstances? |
| | ABDELBARY | I became acquainted with him at the mosque. The circumstances at the mosque here. |
| 31.13 | AGNEW | Did you know him in Egypt? |
| | ABDELBARY | No. |
| | AGNEW | Is he a client of yours now? |
| | ABDELBARY | No. |
| | AGNEW | Is he from Saudi Arabia? |
| | ABDELBARY | I know that he's from Saudia. |
| | AGNEW | What do you two have in common? |
| | ABDELBARY | Normal communication with Muslims. It's normal, social, social relation, nothing else. |
| 32.12 | AGNEW | Do you visit him at 94 Dewsbury Road, North West 10. |
| | ABDELBARY | Yes I visited him. |
| | AGNEW | Do you visit him on a regular basis? |
| | ABDELBARY | Occasionally. Occasionally. Lengthy periods. My wife knows his wife sometime I take my wife to see, to meet his wife. And he sometime bring his wife to us. |
| 32.49 | AGNEW | Okay. Do you know Hassan Ahmed OSAMA? |
| | ABDELBARY | No. |
| | AGNEW | He also uses the alias of Abu Abd'al RAHMAN. And he's also known as Osama Hassan Ahmed MOHAMMED. |
| | ABDELBARY | I don't remember. |
| | AGNEW | He lives at 87 Central Avenue, Hayes. |
| | ABDELBARY | I don't remember this name. |
| | AGNEW | Are you paid for your services as a lawyer in this country? |

Form MG 15A(T)

**Continuation sheet No:** ............................ 12

Adel ABDELBARY

Record of tape recorded interview of ...................................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | ABDELBARY | No. No. |
| | AGNEW | Who funds your office? |
| | ABDELBARY | No one. Anyone who needs service they pay, it is cost. |
| | AGNEW | How do they pay you? |
| | ABDELBARY | If someone want to send a fax and so on, something like this. If we go for a mission, trip to someone, with someone, they will pay for the mini cab and so on. |
| 35.16 | AGNEW | I'm just going to ask you now umm... if I may borrow your solicitor's copy of the document I have served on. I just want to borrow it for a second just to cover the other point that I mentioned. And that second point deals about an organisation known as the EIJ which stands for the Egyptian Islamic Jihad. And I wish to know about your knowledge of that group and its members. Would you like to tell me what you know about that organisation, that group? |
| 36.28 | ABDELBARY | It is an Egyptian organisation, Islamic. Against the regime in Egypt and of course no one would be able, no one would be able to know the members, the numbers and the way and so on. All we knew, all we knew at the time I was a lawyer during the cases in court and judgement. And the leader name, Ayman ALZAWAHRY. |
| 37.50 | AGNEW | Have you ever met that man? |
| | ABDELBARY | Yes, I was his lawyer. |
| | AGNEW | Why did this group choose you above all others to become their lawyer? |

Form MG 15A(T)

Continuation sheet No:............................ 13

Adel ABDELBARY

Record of tape recorded interview of .........................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | ABDELBARY | You are now asking for he is now pointing at yourself, asking about this group. But there is many, many other groups. We have many other groups apart from this in Egypt. |
| 38.46 | AGNEW | I'm concerned only with this group at this time. |
| | ABDELBARY | And this is the answer and that is why I, that is why you are asking a lot about them. |
| | AGNEW | Do the EIJ believe in violence in order to gain their political ends? |
| | ABDELBARY | Through my following up through their cases and through their books which is written by them, published by them. They did not begin, begin the idea of the clash with the regime. But during the period between 1982 until 1990, there haven't been any clash between the regime and the Islamic, Islamists. Therefore there was no need to use aggression. |
| 41.06 | AGNEW | Do they now believe in violence? |
| | ABDELBARY | Yes now they use aggression and violence unfortunately. I, I mean unfortunately. |
| | AGNEW | Have they assassinated people? |
| | ABDELBARY | I do not know during the period I have been here. |
| | AGNEW | What about the time before in Egypt? |
| | ABDELBARY | Nothing happened apart from the beginning of the clash with the Islamists groups and also Jihad and also Islamists group. |
| | RISK | He's saying do you know the difference between Jihad and Islamist group. I did not interpret it as Jihad, |

Form MG 15A(T)

14
Continuation sheet No:...............................

Adel ABDELBARY

...ord of tape recorded interview of ....................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | I said Islamists group. |
| 42.28 | ABDELBARY | The beginning of the clash wars among the group, who Osama RAHMAN was a member among them. The Egyptian regime began to kill some of their member, various member. One called Dr A'llaa Mouhy ELDIN, and followed by someone, a person called Maged Al O'TAIFI and the two were killed in the street.  And this was the beginning of the clashes with the groups Jihad. |
| 44.21 | AGNEW | Do you know any EIJ members in this country? |
| 44.37 | ABDELBARY | No. No. |
| | AGNEW | Are any of the people in custody here associated in any way with the EIJ? |
| | ABDELBARY | According to what I know myself, no. But you can ask them. It's easier. |
| | AGNEW | Are you a member of any political group? |
| | ABDELBARY | No. |
| 45.42 | RISK | I am asked to tell you that I have got, he's asking me to tell you that he's got contact with the political parties and a group in Egypt. |
| | AHMED | Sorry contact or? |
| | ABDELBARY | Yes. They're friends. |
| 46.10 | POWELL | Can you just repeat that. He's got contact? |
| | ABDELBARY | I have contact, I know from them people (the buzzer sounds on tape) the members (incomprehensible). |
| | AGNEW | Okay. Well that ... |
| | ABDELBARY | But they are not from the armed ones, they are from political parties. Oh, legal, legal, parties, not |

Form MG 15A(T)

Continuation sheet No:..............................
15

Adel ABDULBARY

ord of tape recorded interview of ......................................................................

| ape counter times | Person speaking | Text |
|---|---|---|
| | | political parties. |
| | AGNEW | That's, okay. |
| | RISK | Not political parties, legal parties. |
| | AGNEW | Okay I want to finish the interview at this point. I believe a form 987 will be served on you to explain to your entitlement to copies of the tape. The time on my watch is 4.15 pm. Okay so we will conclude this interview at this time. And again I'd ask you as you did before to sign the (TAPE CUTS OFF). |

D922

| EXHIBIT REF. NO. | PRODUCED BY: |
|---|---|
| **GP/19A** | **DC GARY POWELL** |

DESCRIPTION:
**RECORD OF TAPE RECORDED INTERVIEW**
**ADEL ABDEL BARY**
**25/9/98 21.52 - 22.25**

WHERE FOUND:
**CHARING CROSS POLICE STATION**

REMARKS:

Form MG 15(T)

# Record of Tape Recorded Interview

Person interviewed ........ Adel ABDELBARY ........................   Police Exhibit No............ GP/19A

Place of interview ...... Charing Cross Police Station ......   Number of Pages ..... 13 ......

....................................................................

Date of interview ...... 25th September 1998 ...................   Signature of interviewing officer producing exhibit

Time commenced ........ 2152 ..................................   Time concluded........ 2225 ............

Duration of interview ...... 33 minutes ......................   Tape reference Nos...................

Interviewing Officer(s) Detective Constable POWELL, Detective Constable MALINS

Other persons present Miss A RISK (Interpreter) & Mr AHMED Solicitor

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | (The following interview was conducted via an Interpreter as MR ABDELBARY does not speak English. ALL his answers are through the Interpreter). |
| | POWELL | This interview is being tape recorded. I am Detective Constable Gary POWELL of the Anti-Terrorist Branch at Scotland Yard. The other officer present is: |
| | MALINS | Steve MALINS, Detective Constable, also of the same Branch at Scotland Yard. |
| 0.46 | POWELL | We are in the interview at Charing Cross Police Station. And I am .... |
| | RISK | Sorry ... |
| | POWELL | Sorry (to interpreter). And I am interviewing, please give us your name please sir. |
| | ABDELBARY | Adel Mohammed Abdel Magid ABDELBARY. |
| 1.21 | POWELL | You also have your legal representative present. If you can introduce yourself please sir. |
| | AHMED | My name's Mr AHMED, Solicitor, and my role here is to advise and assist you and to protect and advance your legal rights under the Codes of Practice, and which |

ɟɔ

Form MG 15A(T)

Continuation sheet No:..............................2

Adel ABDELBARY

:ord of tape recorded interview of ..................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | means even during this interview should you require further legal advice, indicate that to the officers who will then stop the interview and allow us further time for consultation. Do you understand? |
| 2.31 | ABDELBARY | Yes. |
| 2.32 | POWELL | Right the date is the 25th of September 1998, and the time by my watch is 9.52. I must tell you you do not have to say anything but it may harm your defence if you do not mention when questioned something which you later rely on in court. Anything you do say may be given in evidence. Do you understand that? |
| | ABDELBARY | Yes. |
| | AHMED | I mean it might be appropriate at this stage for er... for me officer to indicate that as you know I've had grave concerns regarding the disclosure. We had discussions earlier on and consequently now we've returned to the interview and my fears are that the er... representations that I made regarding the disclosures, they haven't been resolved. They're still there and what I'm extremely worried about is that er... some of the material is unrelated. Some of the material er... is wrongly translated er... with which obviously limits my job and umm... furthermore what, what concerns me is that we have to go into this interview when I'm not able to discharge my duty and protect my client's rights. So in the light of that, my advice to my client at this stage is to give no |

Form MG 15A(T)

Continuation sheet No:.............................. 3

Adel ABDELBARY

....ord of tape recorded interview of ............................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | | comment. He has co-operated fully hitherto, however in the light of the current disclosure, which is troubling me a great deal, I am unable to advise him and consequently it is on my advice that he is going to give a no comment interview. |
| 4.34 | POWELL | Okay sir. Thank you for that. I mean obviously umm .... |
| | RISK | Do you want me to interpret er... your client wishes to know what is going on? |
| | AHMED | I think just for his benefit ... |
| | RISK | So he pointed out and he lift... he lifted his finger up so that he would like to know what you saying. |
| | AHMED | Okay. I'll give the gist of what I have said to the officer. That I have a duty to him and I have grave problems whether I can discharge that duty which depends highly on the disclosures of evidence made by the officers. Attempts were made earlier this afternoon to bring my concerns to the officers attention and although he went on to try and resolve them, I am still not satisfied at this particular time to advise you on, on the evidence nor can I protect your rights due to the type of disclosure made, and furthermore, forming the conversation with DC Gary POWELL, it became apparent that you were arrested as a result of conversations with a Special Branch officer in which it is alleged that you are, or you have stated you're a member of the EIJ, member of EIJ. |

Form MG 15A(T)

Continuation sheet No:.............................. 4

Adel ABDELBARY

...ord of tape recorded interview of .............................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| 7.15 | ABDELBARY | No, I did not say so. |
|  | AHMED | Well indeed, my concerns are that you said, er... you've advised me that this conversation never took place and the last contact you had with the officer was, was sometime ago with no translators or interpreters present and so I am extremely alarmed that that is the evidence currently before me. So therefore I have told the officer that on my advice you are going to give 'no comment' interview, er... even though prior to this you have given full interviews and fully co-operated with the officers. So my advice, so my advice is to give a 'no comment' interview to all the questions raised for the time being, and that we reserve our position to review the matter once matters that are raised. |
| 8.52 | RISK | Sorry. |
|  | AHMED | Once matters that are raised have been clarified. Okay. I'm sorry, I'm sorry I didn't slow down for the interpreter initially. |
| 9.17 | POWELL | Okay. As you already said sir, he has every right not to answer any of my questions, but as you appreciate I also have a right to ask them. What I'd like to do is show Mr ABDELBARY a number of photographs of other people who are detained at this police station. I would like him to tell me if he knows any of these people. The first one is man by the name of YOUSSEFF. Do you know that man? |

Form MG 15A(T)

Continuation sheet No:................. 5

Adel ABDELBARY

...ord of tape recorded interview of ...........................................................................

| Tape counter times | Person speaking | Text |
|---|---|---|
| | ABDELBARY | I believe that you should give the solicitor the complete picture so that he can give me an advice to the correct direction regarding the matter, case. And I have co-operated with during the previous two interview without easily. Therefore I would consider first that you would clarify this problem with the solicitor. After that I have no problem if you have clari... if you clarify this problem with my solicitor. And my comment to that question, no comment. |
| 11.30 | POWELL | Have you ever met this man before? |
| | ABDELBARY | No comment. |
| | AHMED | And again for the record I wish to say that I haven't seen the photographs and they are being presented for the very first time, and again I have taken no instructions whatsoever, nor can advise my client. |
| | POWELL | In the disclosure I gave you yesterday sir. |
| | AHMED | Well I'm talking about this specific disclosure. What type of disclosure? |
| 12.07 | POWELL | I, I've, it was stated in the disclosure that we will be discussing with your client. |
| | RISK | Okay. |
| | POWELL | Associates that have, have already been arrested or were arrested at the same time. Unfortunately yesterday when I served it on you, these photographs weren't available. I've got a photograph of a Mr Khaled FUWAZ. Do you know this man? |