**Andrew G. Patel**
Attorney-at-Law
The Trinity Building
111 Broadway, Suite 1305
New York, New York 10006
Telephone: 212-349-0230

Fax: 212-346-4665

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/19/13
```

**By Hand**

RECEIVED AUG 16 2013 JUDGE KAPLAN'S CHAMBERS

August 15, 2013

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: United States v. Adel Abdel Bary
        (S7) 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

  With the consent of all parties, this letter is respectfully submitted to request a modification of the schedule of the Classified Information Procedures Act ("CIPA") submissions.

  We request that any CIPA Section 5(a) notice be submitted on September 20, 2013, and that any motion pursuant to CIPA Section 6(a) be submitted on December 18, 2013.

  As in the prior Order, the parties propose that the three weeks after the Section 5(a) filing be designated a meet-and-confer period during which time the parties will discuss various mechanisms to obviate the need for Section 6 proceedings. At the end of that period, by joint letter, the parties will advise the Court of the results of those discussions.

            Respectfully submitted,

            /AGP
            Andrew G. Patel

cc: All counsel (by electronic mail)

*Granted [signature] 8/19/13*