**Andrew G. Patel**
Attorney-at-Law
The Trinity Building
111 Broadway, 13th Floor
New York, New York 10006
Telephone 212-349-0230





Fax 212-346-4665



**By Hand**

October 4, 2013

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

          Re:    <u>United States v. Adel Abdel Bary</u>
                 (S7) 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

      This letter is respectfully submitted to request a one week adjournment to make CIPA submissions on behalf of Adel Abdel Bary. We have received new classified material in the past week. Prior to receiving this material, we had not intended to make a CIPA submission on behalf of Mr. Abdel Bary. After an initial review of this new material, we now intend to make a CIPA submission. We respectfully request a brief extension to prepare our submission.

      Assistant United States Attorney Sean S. Buckley has advised me that the Government consents to this request as long as the Government's time to respond to our CIPA submission is also extended. All parties agree that the Government should file its CIPA response to both defendant's motions at the same time.

                                        Respectfully submitted,

                                        Andrew G. Patel

*SO ORDERED: Granted* [signature] Lewis A. Kaplan, USDJ 10/8/13

cc:     All counsel (by electronic mail)