Andrew G. Patel
Attorney-at-Law
The Trinity Building
111 Broadway, 13th Floor
New York, New York 10006
Telephone 212-349-0230                                         Fax 212-346-4665

# MEMO ENDORSED

**By Hand**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/13

October 23, 2013



Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                        Re:    United States v. Adel Abdel Bary
                                 (S7) 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

      In light of recent events and our ongoing investigations, we respectfully request until November 4, 2013 to submit our reply memoranda concerning the Letters Rogatory and Rule 15 deposition applications. We make this request with the consent of Assistant United States Attorney Sean Buckley.

                                                Respectfully submitted,

                                               Andrew Patel
                                               Counsel for Adel Abdel Bary

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
10/25/13

                                               /s/
                                               David Kirby
                                               Counsel for Khalid Al Fawwaz

cc:    All counsel (by electronic mail)