**Andrew G. Patel**
Attorney-at-Law
The Trinity Building
111 Broadway, Suite 1305
New York, New York 10006
Telephone: 212-349-0230                                                                 Fax: 212-346-4665

**MEMO ENDORSED**

**By Hand**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2014

August 27, 2014



Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: United States v. Adel Abdel Bary
          (S7) 98 Cr. 1023 (LAK)

Dear Judge Kaplan:

 I write on behalf of all parties to request an extension of time to file any opposition to the Government's motion to empanel an anonymous jury. The government does not oppose this request.

 Your Honor's current scheduling order, Dkt. No. 1667, directs the parties to respond by August 29, 2014 with the Government's reply due on September 4, 2014. We are requesting an extension of time until September 5, 2014 for our response with the Government's reply due September 12, 2014. Thank you.

              Sincerely,

              /s/ A. G. Patel
              Andrew G. Patel

cc: All counsel (by electronic mail)

*Granted. [signature]
August 28, 2014*