UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,        :

          -against-         :

KHALID AL FAWWAZ,           :
ADEL ABDEL BARY,                       98 Cr. 1023 (LAK)
ANAS AL LIBY                 :
          Defendants,
-------------------------------------------------------X

## **JOINT DEFENSE PROPOSED QUESTIONNAIRE**

Attached is a proposed questionnaire submitted on behalf of all defendants.  Given the jury trial date in this matter in eight weeks, and considering the high profile nature of this prosecution with its attendant media exposure, which may affect substantive and material issues involving jury selection, the defendants reserve the right to amend, expand and enhance this questionnaire.  All defendants respectfully submit this questionnaire, which is not intended as a substitute for comprehensive in court *voir dire*, but rather to facilitate and focus the jury selection process on questions that must be asked of jurors to assure a fair trial.  The defense reserves the right to request individual sequestered *voir dire* on the sensitive issues that are identified from the questionnaire.

Finally, mindful of this Court's suggestion, in its Order of July 29, 2014, that the

questionnaires given in the *Ghailani* and *Abu Ghayth* trials might serve as models in this case,

the defense has selected a number of those questions for inclusion herein.

Dated:       New York, New York
             September 10, 2014

                               /s/ *Linda M. Moreno*
                               LINDA M. MORENO
                               Andrew G. Patel
                               Lauren S. Kessler
                               Jill R. Shellow
                               *Attorneys for Adel Abdel Bary*

                               Bobbi C. Sternheim
                               David V. Kirby
                               Barbara E. O'Connor
                               *Attorneys for Khalid Al Fawwaz*

                               Bernard V. Kleinman
                               *Attorney for Anas al Liby*

## <u>QUESTIONNAIRE</u>

The purpose of this questionnaire is to provide guidance to the attorneys and the Judge in deciding who is qualified to serve on this particular case. Please answer the questions as honestly and completely as possible. There are no "right" or "wrong" answers; there are only truthful answers. It is important that you are completely candid as to your actual views and feelings. It is also important that your answers to the questionnaire be yours and yours alone. Do not discuss the questionnaire or your answers with anyone. If you do not understand a question, say so on the questionnaire. If a question touches on an especially personal or sensitive matter, please answer "private" and you will be given the opportunity to discuss the matter in private at a later time. You must sign this questionnaire on the last page and your answers will have the effect of a statement made under oath to the Court.

The trial is expected to last 2 to 3 months. In general, the trial will be held Monday through Thursday, 9:30 a.m. until 4:30 p.m., although there will be some shorter work weeks and the hours and days may vary from time to time.

Court will not be held during the following breaks and holidays:
NOVEMBER 4, 2014 (Election Day)
NOVEMBER 11, 2014 (Veteran's Day)
NOVEMBER 26-28, 2014 (Thanksgiving)
DECEMBER 23-JANUARY 5, 2014
JANUARY 19, 2015 (Martin Luther King Day)
FEBRUARY 16, 2015 (President's Day)

**Please PRINT your answers in INK and write your juror number on every page in the space provided.**

### <u>Hardship</u>
1. Would serving on this jury cause you undue hardship or extreme inconvenience?
☐ Yes ☐ No

If **YES,** what is your hardship? Please fully explain.

_____
_____
_____

2. What arrangements, if any, can you make to alleviate your hardship?

_____
_____
_____

3. Do you have any medical condition that would make it difficult for you to serve as a juror on this case?
☐ Yes ☐ No

Juror Number:_____                                          1

If Yes, please list condition(s):

_____

_____

4. Are you taking any prescription medication that may interfere with your ability to concentrate or serve as a juror in any way?

[ ] Yes  [ ] No

If Yes, please list medication(s) and effect(s):

_____

_____

5. Are you employed?

[ ] Yes  [ ] No

a. What is your occupation?

_____

b. Are you retired?

[ ] Yes  [ ] No

c. What was your occupation?

_____

6. If employed, will you be paid while you serve jury duty?

[ ] Yes  [ ] No  [ ] Unsure

Would service cause severe economic hardship to your employer?

[ ] Yes  [ ] No

If Yes, Please Explain: _____

_____

**Background**

7. Do you have any difficulty understanding, speaking or reading the English language?

[ ] Yes  [ ] No

8. Highest level of education you have completed  [ ] Less than high school
   (Grade_____)

[ ] High school graduate  [ ] Technical/Vocational  [ ] Some college  [ ] A.A. Degree

[ ] 4-year college graduate  [ ] Post-graduate study  [ ] Postgraduate degree

a. Please list any licenses, certificates or degrees you have obtained:

_____

_____

9. What is your employment status?   ☐ Employed full-time   ☐ Employed part-time

☐ Self-employed   ☐ Unemployed/looking for work   ☐ Retired   ☐ Homemaker

☐ Disabled   ☐ Student

10. What is your most recent occupation?

_____

_____

11. What is the occupation of your current (or former) spouse/partner?

_____

_____

**Description of the Case**

In this case, the government accuses the three men charged of conspiring to murder United States citizens abroad and destroy United States property.  One of the men is charged with additional offenses.  In particular, all the charges are based on the destruction of the US Embassies in Nairobi, Kenya and Dar es Salaam, Tanzania in August of 1998.  The government believes the bombings were carried out by al Qaeda and that the men are associated in various ways with that group. They deny all allegations.

**Opinions Based on Nature of Charges**

12. Based on the nature of the charges, what is your opinion, if any, about this case or the individuals accused?

Explain: _____

_____

_____

   a. Now that you have heard the nature of the charges, please explain whether you believe that you could fairly and impartially serve as a juror in this case?

☐ Yes   ☐ No   ☐ Unsure

Explain:_____

_____

_____

13. Do the allegations that the 1998 plot that destroyed the U.S. embassies in Africa was associated with al Qaeda cause you to believe that you could not serve fairly and impartially as a juror in this case?

☐ Yes   ☐ No   ☐ Unsure

Explain:_____

_____

_____

Juror Number:_____                                              3

14. There may be evidence of videos and recordings of Usama bin Laden and his speeches. Would such evidence interfere with your ability to sit fairly and impartially in hearing the evidence or the lack of evidence?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____

15. There may be evidence of videos, photographs and testimony regarding the deaths of many people and destruction of the American embassies in Kenya and Tanzania. Would such evidence interfere with your ability to be fair and impartial in evaluating all the evidence or the lack of evidence in this case?

☐ Yes  ☐ No  ☐ Unsure

Explain_____

_____

_____

16. Have you formed an opinion as to the innocence or guilt of any of the accused in this case before hearing the evidence?

_____Guilty  _____Not Guilty  _____No decision

Explain: _____

_____

_____

17. The terrorist attacks in the United States, including on the World Trade Center and the Pentagon on September 11, 2001, are not at issue in this case. Nevertheless, have you had any personal experiences or do you have any feelings arising from those attacks that you believe would interfere with your ability to serve fairly and impartially as a juror in this case?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____

18. Did you **personally** know anyone who was killed in the attacks on September 11, 2001?

☐ Yes  ☐ No

If yes, please describe your relationship to that person(s): _____

_____

19. Have you or anyone you know ever been first responders or involved in any rescue or relief efforts after a terrorist attack, including the attacks on September 11, 2001?

☐ Yes     ☐ No

If yes, please describe your relationship to that person(s): _____

_____

_____

20. Have you had any personal experiences or do you have any feelings arising from any other terrorist attacks on the United States or anywhere else in the world or on anyone else that you believe would interfere with your ability to serve fairly and impartially as a juror in this case?

☐ Yes     ☐ No     ☐ Unsure

Explain: _____

_____

_____

21. On a scale of 1 to 5, how afraid are you that you, a family member, or someone close to you will be killed or injured in a terrorist attack? ("1"=not afraid; "5"=very afraid)

Select a number from 1 to 5 _____

22. Have you, any family member, any close friend or colleague been a victim of terrorism, either in this country or abroad?

☐ Yes     ☐ No     ☐ Unsure

Explain: _____

_____

_____

23. Have you or any family members or close friends had any personal experience with acts of terrorism?

☐ Yes     ☐ No     ☐ Unsure

Explain: _____

_____

_____

If yes, how would that experience affect your ability to fairly and without bias sit as a juror in this case?

_____

_____

_____

24. Much of the conduct at issue in this case took place outside the United States, principally in Tanzania and Kenya. United States law provides that persons engaged in conduct occurring outside the United States may nevertheless be charged in United States courts for violations of federal laws that protect Americans abroad. Do you believe that conduct that takes place outside of the United States should not be a basis for American criminal charges or should not be considered by an American court?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____

25. Do you have any feelings about methods the United States has used in responding to terrorism-including, for example, the use of military force, the detention of terror suspects by the CIA or by the Defense Department at Guantanamo Bay, or the kidnapping of individuals from their homeland without the knowledge or agreement of the home country-that you believe would interfere with your ability to serve impartially as a juror in this case?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____

    a. What is your opinion of the government's effort to fight terrorism?

Explain: _____

_____

_____

**<u>Anonymity</u>**

26. You may serve on this jury anonymously, to protect your privacy as a juror. This may require that you be picked up by drivers working for the Court at an undisclosed location and transported each day to the courthouse, that you be kept sequestered while there, and that your identity will be safe-guarded in various ways by the Court. How do you feel about such precautions and concerns for your privacy?

___Not concerned   _____Somewhat Concerned _____Very Concerned

    a.   Will such treatment cause you any concerns and, if so, what are they?

    b.   Would it cause you to believe you might be in any sort of danger or subject to reprisal?,

    c.   Would it make you believe that you are in danger from the men on trial, terrorists or terrorist reprisal, and would such belief render you unable to be fair and impartial in hearing the evidence or lack of evidence in this case?

    d.   Does the fact that your name and address will not be disclosed make you feel that there is reason to be fearful of the defendant or persons affiliated with him?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____
_____
_____

## Personal Beliefs re: Islam

27. What is your view of Muslims or the Islamic faith?
_____
_____
_____

a. How did you come to that view?
_____
_____
_____

28. Is there anything about Islamic teachings or doctrine that is personally offensive to you?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____
_____
_____

29. Do you have an opinion whether Muslims are more violent than non Muslims?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____
_____
_____

30. Do you consider Islam an anti-Jewish faith or an anti-Christian faith?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____
_____
_____

31. In what contexts have you had personal contact with people who are Muslims, or of Arabic descent?  (Please check all answers that apply.)
___ in the family
___ in the neighborhood
___ in organizations
___ through work/business
___ in place of worship
___ in school
___ none
___ other: _____

Juror Number:_____                                           7

32. Have you had any experience(s) with Muslims or Arabs that might cause any prejudice against them?

☐ Yes   ☐ No   ☐ Unsure

If Yes, please describe your experience(s) and the reasons for your opinion.

_____

_____

_____

If yes, how would that experience affect your ability to sit as a fair and impartial juror in this case?

_____

_____

_____

33. Do you have any fear about Muslims, Arabs or persons of Middle Eastern background living in your community?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

34. Do you believe Muslims generally support terrorist acts carried out in the name of the Islamic faith?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

35. One or more of the men charged in this case may have beards as required by Muslim practices.  Is there anything about their facial hair that would affect your ability to be fair and impartial?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

36. One or more of the men charged in this case may be dressed in traditional Muslim clothing, including a skullcap.  Is there anything about their attire that would affect your ability to be fair and impartial?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

37. **To what extent do you agree or disagree with the following statements?**
I don't trust Arab people.

| Strongly Agree | Somewhat Agree | Slightly Agree | Slightly Disagree | Somewhat Disagree | Strongly Disagree | No Opinion |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Muslim people want to kill everyone who does not believe in their religion.

| Strongly Agree | Somewhat Agree | Slightly Agree | Slightly Disagree | Somewhat Disagree | Strongly Disagree | No Opinion |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Islam (the Muslim religion) promotes violence.

| Strongly Agree | Somewhat Agree | Slightly Agree | Slightly Disagree | Somewhat Disagree | Strongly Disagree | No Opinion |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

38. Do you have any experiences, feelings, impressions or beliefs which would make it difficult for you to listen with an open mind and render a verdict based solely on the evidence presented in court in a case involving Muslims of Arabic descent charged in allegations of conspiracy and murder against U.S. nationals?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

**News Sources**

39. Which of the following is your primary source of local, national and international news?

  1. Please check all of the news sources that you use regularly.

| **Newspapers/Magazines** | **Television** | **Internet** | **Radio** |
|---|---|---|---|
| New York Times | Fox News | The Huffington Post | National Public Radio |
| Daily News | MSNBC | Yahoo News | Rush Limbaugh |
| New York Post | CNN | Facebook | Glenn Beck |
| Wall Street Journal | BBC News | LinkedIn | Local News Radio |
| News Day | The Today Show (NBC) | Twitter | |

Juror Number:_____                                      9

| | | | | |
|---|---|---|---|---|
| Washington Post | This Morning (CBS) | Google News | | |
| Los Angeles Times | Good Morning America (ABC) | Daily Kos | | |
| The Guardian | The Daily Show/ Colbert Report | AP | | |
| Washington Times | Real Time with Bill Maher | Reuters | | |
| USA Today | This Week (ABC) | Politico | | |
| | Meet the Press (NBC) | Christian Science Monitor | | |
| | Face the Nation (CBS) | | | |
| | Local Television News | | | |
| | Nightly National Network News | | | |

Other (Please describe.):

_____

40. Do you ever listen to political commentators on TV or "talk radio or visit political blog sites on the internet"?  ____ Yes  ____ No
If Yes, what station(s) and show(s) do you listen to?

_____
_____

41. What national and international news stories have been of particular interest to you?

_____
_____


**<u>Knowledge of the Trial Participants and the Case</u>**

      Because of the publicity surrounding this case, some jurors may have heard and/or read something about the case at some time. There is nothing wrong with having heard/read something about this case. It is important that you truthfully and fully answer the following questions concerning your knowledge about this case and the participants.

      The case for which you are summoned involves Khalid al Fawwaz, Adel Abdel Bary and Anas al Liby.

Juror Number:_____                                          10

42. Have you seen, heard or read anything about Mr. al Fawwaz, Mr. Abdel Bary, or Mr. al Liby or the bombings of the U.S. embassies in Kenya and Tanzania in 1998?
Yes_____    What?_____
_____
_____
No_____

   a. Based on what you have seen, read or heard, please tell us what feelings or opinions you may have formed about this case or the individuals accused.
_____
_____
_____

43. As a result of what you have heard or read about this case, would you be more likely to find any of the men accused Guilty or Not Guilty because of the media's coverage of this case?  _____Guilty ____Not Guilty _____Don't know.
   Explain: _____
_____

44. Do you have any opinions about the publicity surrounding this case?
   ☐ Yes  ☐ No  ☐ Unsure
   Explain: _____
_____
_____

a. Would these feelings make it difficult for you to sit as a fair and impartial juror in this type of case?
If Yes, please explain:_____
_____
_____

45. Have you formed an opinion as to the innocence or guilt of any of the defendants in this case before hearing the evidence?
___ Guilty        ___ Not Guilty        ___ No decision
   Explain: _____
_____
_____

46. Do you have any biases or feelings for or against defendants in general, lawyers who represent persons accused of crimes, or prosecutors that you believe would interfere with your ability to serve fairly and impartially as a juror in this case?
   ☐ Yes  ☐ No  ☐ Unsure
   Explain: _____
_____
_____

**Experiences with Law Enforcement and the Legal System**

47.    Have you ever served as a juror?  ___ Yes    ___ No  If Yes, please check, as appropriate:

___ Civil                      Date(s):  _____

Nature of case(s):

_____

___ Criminal                Date(s):  _____

Nature of case(s):

_____

___ Grand Jury            Date(s):  _____

Nature of case(s):

_____


48. If prior experience as a criminal case juror, did your trial reach a verdict?
___Yes ___No

And, were you the foreperson?  ___Yes ___No

a. Was there anything about your jury experience that would make it difficult to serve fairly and impartially in this case?
☐ Yes  ☐ No
Explain:  _____
_____
_____

b. Describe whether serving on a jury was a positive or negative experience and why._____
_____

49. Have you or anyone close to you taken any legal action or had any dispute with the United States or any of its agencies, or any officer, agent or employee of the United States?
If Yes, please explain the dispute and your interest in the proceedings:

_____
_____

50. Are you a vendor or contractor for the United States Government or do work with one?
☐ Yes  ☐ No
Explain:  _____

51. Have you, any member of your family, or anyone close to you ever been the victim of a crime of violence, reported or not?

☐ Yes   ☐ No

If Yes, please state who (relation to you), when and what happened.

_____

_____

a. Was there an arrest?     ___ Yes     ___ No

b. What was the outcome?

_____

_____

c. Do you believe that this experience would interfere with your ability to serve as a fair and impartial juror in this case?

☐ Yes   ☐ No   ☐ Unsure

52. Have you or anyone close to you ever been accused, arrested, charged or convicted of a crime, other than a traffic ticket?     ___ Yes     ___ No

If Yes, please state who (relation to you), when and what happened.

_____

_____

53. Have you or anyone close to you ever been falsely accused of a crime?

☐ Yes   ☐ No

Explain: _____

_____

_____

54. Have you, or has any member of your family with whom you resided at the time, or a close friend, ever been employed by or received training from any local, state or federal law enforcement agency, including but not limited to the following (circle as many as apply for each category) ?

|  | **Self** | **Relative** | **Friend** |
|---|---|---|---|
| Federal Bureau of Investigation: | | | |
| U.S. Attorney: | | | |
| Bureau of Alcohol, Tobacco Firearms & Explosives: | | | |
| U.S. Citizenship and Immigration Services, and Bureau of Immigration and Customs Enforcement (formerly known as Immigration and Naturalization Services): | | | |
| Department of Homeland Security: | | | |

Drug Enforcement
Administration:
Military Police:
Department of Corrections:
State P*o*lice:
Office of District Attorney:
United States Marshal
Service:
New York City Police:
Department U.S. Bureau of Prisons:
Department of Probation and Parole:
Other:

If yes, do you believe this would affect your ability to serve as a fair and impartial juror and, if so, how?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____


## Military Experience

55. Have you or any member of your immediate family ever served in the military (including the National Guard and the reserves)?

☐ Yes  ☐ No

56. If yes, have you or any member of your family, or close personal friend, ever served in the Middle East, including Iraq, Afghanistan, and or in the first or second Gulf Wars?

Yes_____ No_____

If yes, describe the branch and the nature of the service and the approximate dates:_____

_____

_____

57. Have you, a family member, close friend or acquaintance been injured or killed while serving in a combat or military zone in Iraq, Afghanistan or elsewhere in the Middle East?

☐ Yes  ☐ No

If Yes, please explain who (relation to you), where, when and circumstances of injury or death:_____

_____

_____

If yes to any of the above questions, do you believe this would affect your ability to serve as an impartial juror in this case and, if so, how?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____

58. Do you know anyone who now resides, or in the past resided in the Middle East, South Asia, including Pakistan and the areas around Pakistan, or Africa?

☐ Yes ☐ No

If yes, please identify._____

59. Do you have a family member or a friend who is currently, or who has previously been, as either a member of the armed forces or as a contractor for a government agency, involved in the war effort in Afghanistan, Iraq, or the 2011 Libyan Revolution,  or any aspect of the war on terrorism overseas?

☐ Yes ☐ No

If yes, please specify location, and explain:_____

**Personal Beliefs/Experiences**

60. The gentlemen charged in this case are from Egypt, Saudi Arabia and Libya and all are practicing Muslims. Is there anything about their origin or religion that would affect your ability to be fair and impartial to them?

☐ Yes ☐ No ☐ Unsure

Explain: _____

_____

_____

61. We expect we may hear evidence regarding the particular governmental regimes in Egypt, Saudi Arabia and or Libya. Are you knowledgeable or have you had experience with the culture, politics or economy of any of the countries?

☐ Yes ☐ No

Explain: _____

_____

_____

a. If yes, how would that affect, if at all, the way in which you would evaluate evidence in this case? _____

_____

62. Do you speak, read or understand Arabic (or any dialect of Arabic) or did you grow up in households where Arabic or any of its dialects were spoken?

☐ Yes ☐ No

63. Do you read any Arabic language newspapers or publications or watch any Arabic language television programs, including newscasts?

☐ Yes ☐ No

If so, please list them: _____

64. If you speak, read or understand the Arabic language (or any of its dialects), would you have any difficulty relying solely upon the official interpreter's translation of testimony, and witnesses' translations of the evidence?
☐ Yes  ☐ No  ☐ Unsure

65. Have you ever   traveled to any of the following countries for any reason
Afghanistan__   Saudi Arabia__   Sudan__Kenya__   Libya__   Egypt__ England___

☐ Yes  ☐ No

66. Have you ever traveled to any of the following cities for any reason?
Peshawar__  Nairobi___ London____Tripoli____ Dar es Salaam___

a. As a result of your travel to these places, is there anything about those experiences that would affect your ability to be fair and impartial in a case that most likely will have evidence originating from those countries and cities?
   Explain: _____
_____
_____

67. Have you, any family member or anyone you know well ever visited or worked in a civilian, or non-military government capacity anywhere in the Middle East or North Africa?
☐ Yes  ☐ No

68. If yes, please identify the countries visited, the time period the visit occurred, and the reason for the travel, visit or employment:  Do you know anyone who presently resides in North Africa or the Middle East?
☐ Yes  ☐ No  ☐ Unsure
If yes, who and where?_____
_____

69. Do you have any specialized knowledge of, or expertise in, issues related to terrorism, religious fundamentalism, the Middle East, Afghanistan, or al Qaeda?
☐ Yes  ☐ No
Explain: _____
_____
_____

70. How closely did you follow the media coverage of the events involving the bombing of U.S. embassies in Kenya and Tanzania?
___Closely ___ Moderately _____Not at all

71. How closely did you follow the previous Embassy Bombing trial in New York concerning the attacks on the U.S. embassies in Kenya and Tanzania?
___Closely ___ Moderately _____Not at all

72. Does the fact that this case involves a crime of massive violence cause you to question whether you can sit as a fair and impartial juror?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____

73. The evidence in this case may describe the deaths of hundreds of people caused by the events at the U.S. embassies in Kenya and Tanzania. Might the detailed description of their deaths in any way impact or affect your ability to sit as a fair and impartial juror in the case?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____

74. The evidence in this case may include descriptions given by family members of the victims regarding the impact of losing their spouse, child, parent or sibling, friend or co-worker as a result of the embassy terrorist attacks.  Might listening to this type of testimony in any way impact or affect your ability to sit as a fair and impartial juror in this case?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____

_____

75. Under the U.S. Constitution, a person accused of a crime does not have to testify in his defense, and his silence many not be used against him.  How do you feel about that?

_____

_____

76. If a person does not tell his side of the story, do you feel he is more likely guilty?

☐ Yes  ☐ No  ☐ Unsure

Why or why not? _____

What might cause a person to decide not to testify?

_____

_____

77. You may hear testimony in this case from informants who may be convicted felons and have received special treatment or favors from the Government in exchange for their testimony.

    a. How do you feel about the use of informants?_____

_____

    b.     How do you feel about the government use of informants in a case involving allegations of terrorism or support of terrorism?_____

_____

    c. The Court will instruct you that you may give whatever weight you choose to the testimony of an informant.  What would be important to you in considering that testimony?_____

_____

78. There will be evidence in this case about the activities of American and/or foreign intelligence agencies. Do you have any opinions about American intelligence services or foreign intelligence services?               Yes____ No____
Would those opinions affect your ability to be fair and impartial in this matter.
    ☐ Yes  ☐ No    ☐ Unsure
    Explain: _____
_____
_____

79. Would you always believe law enforcement officer over other witnesses?
    ☐ Yes  ☐ No
Why or why not?_____
_____
_____

80. The United States has the burden of proving its case beyond a reasonable doubt.  This burden never shifts to the defendants.  They are presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence presented in Court, decides their guilt has been proved beyond a reasonable doubt.
   Do you believe a person is innocent of the charges against him until proven otherwise?
    ☐ Yes  ☐ No    ☐ Unsure
   Do you believe that just because someone is charged with a crime and is brought to trial that he is probably guilty of something?
    ☐ Yes  ☐ No    ☐ Unsure
   Would you have any difficulty following this rule where the defendants are Muslim and Arab?
    ☐ Yes  ☐ No    ☐ Unsure
    Explain: _____
_____
_____

81. Do you have feelings about the prosecution of accused terrorists in courts like this that you believe would interfere with your ability to serve fairly and impartially as a juror in this case?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

82. Do you believe that the protections of free speech extend both to citizens and non-citizens?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

83. Do you believe that the criticism of United States foreign policy is protected free speech under the First Amendment to the U.S. Constitution, regardless of who the speaker might be?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

84. In your opinion, does the advocacy of unpopular political opinions, in a time of war, equate to support for international terrorism?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

85. At the conclusion of this case it is the Court's task and duty to charge you on the law and explain to you the elements of the crimes charged.  Do you have any personal, religious, philosophical or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court?

☐ Yes   ☐ No   ☐ Unsure

Explain: _____

_____

_____

a. If the law did not comport with your religious beliefs, could you set aside your religious beliefs and follow the law?     ___ Yes        ___ No

86. Is there anything about the nature of the charges in this case or the people accused that would affect your ability to fairly evaluate the evidence to determine whether or not the prosecution has proven the guilt of the defendants beyond a reasonable doubt?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____
_____

87. Have you had any experience, positive or negative, involving a person whose race, gender, nationality, or religion is different than yours which may affect your ability to be a fair and impartial juror in this case?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____
_____

88. If you are selected to serve as a juror on this case, would you be concerned about reactions to the verdict by:

Friends

Relatives

Coworkers

Neighbors

Members of your church, synagogue, mosque or other house of worship

89. If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence, and decide the case on other grounds, would you, as a juror, be able to reject the suggestion and abide by your oath to this Court to decide the case solely on the evidence and law as the Court has instructed you to do, without regard to sympathy, bias, or prejudice?

☐ Yes  ☐ No  ☐ Unsure

90. Is there any reason you could not be completely fair to the defendants in this case?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____
_____

91. Is there any reason you could not be completely fair in evaluating the U.S. government's case?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____

_____
_____

92. Is there any matter not covered by this questionnaire that you think is important to bring to the attention of the Court?

☐ Yes  ☐ No  ☐ Unsure

Explain: _____