# LINDA MORENO
Attorney at Law

POST OFFICE BOX 10985                                        OFFICE (813) 247-4500
TAMPA, FLORIDA  33679                                        CELL    (813) 486-6165

### *By Hand*

The Honorable Lewis A. Kaplan
United States District Court
Southern District New York
500 Pearl Street
New York, New York 10007

Re: *United States vs. Adel Abdel Bary*
98 Cr. 1023 (LAK)

Dear Judge Kaplan:

     I request this Honorable Court's permission to withdraw as counsel for Mr. Abdel Bary. I have consulted both with my client and with my co counsel, Mr. Andrew Patel, and neither have an objection. The government also has no objection.

     I entered this case as trial counsel, anticipating that the matter would be tried. The recent resolution on behalf of Mr. Abdel Bary through the plea and accepted plea agreement has obviated the need for my further participation. On behalf of Mr. Abdel Bary, Mr. Patel will handle the remaining work regarding sentencing.

     Appointed by Your Honor pursuant to the Criminal Justice Act, my withdrawal will conserve CJA resources. It has been my privilege to practice before this Honorable Court and I thank Your Honor for this opportunity.

                                                               Respectfully submitted,

                                                               Linda Moreno

  SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

CC: ANDREW PATEL, Via electronic mail