UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
                                                              Case No.
                         Plaintiff,

      -against-

                         Defendant.
-------------------------------------------------------
                       NOTICE OF CHANGE OF ADDRESS

   TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

   ☐    I have cases pending                    ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                    _____
                                  FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
         ☐     An attorney
         ☐     A Government Agency attorney
         ☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:_____
             FIRM ADDRESS:_____
             FIRM TELEPHONE NUMBER:_____
             FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME:_____
             FIRM ADDRESS:_____
             FIRM TELEPHONE NUMBER:_____
             FIRM FAX NUMBER:_____

         ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

         ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
              was entered on _____ by Judge_____.


Dated:                                          _____
                                                ATTORNEY'S SIGNATURE