**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com                                                                                    Telephone 212-349-0230

**By ECF**

July 6, 2020

Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                               Re:    United States v. Adel Abdel Bary
                                              98 Cr. 1023 (LAK)

Dear Judge Kaplan:

      Mr. Bary has asked me to represent him on a motion for compassionate release. Accordingly, I respectfully request that Your Honor reappoint me pursuant to the Criminal Justice Act for that purpose *nunc pro tunc* to June 30, 2020.

                                                                          Respectfully submitted,

                                                                            /s/Andrew Patel
                                                                           Andrew G. Patel

cc:    All counsel (by ECF)