**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com

**MEMO ENDORSED**

Telephone 212-349-0230

**By ECF**

July 6, 2020

Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:    United States v. Adel Abdel Bary
                         98 Cr. 1023 (LAK)

Dear Judge Kaplan:

    Mr. Bary has asked me to represent him on a motion for compassionate release. Accordingly, I respectfully request that Your Honor reappoint me pursuant to the Criminal Justice Act for that purpose *nunc pro tunc* to June 30, 2020.

                                        Respectfully submitted,

                                        /s/Andrew Patel
                                        Andrew G. Patel

cc:    All counsel (by ECF)

Memorandum Endorsement                                    United States v. Barry, 98-cr-1023 (LAK)

       The motion is denied, without prejudice to the filing of a renewed motion accompanied by a memorandum addressing the question of whether appointment for the purposes of filing a compassionate release motion is authorized by the Criminal Justice Act ("CJA") or the Southern District of New York's Plan for Appointment of Counsel under the CJA.

       SO ORDERED.

Dated:    July 8, 2020

/s/ Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge