**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :        ORDER
                                        :
                                        :
                                        :       _____
                                        :          Docket #
----------------------------------------x
```

_____**, DISTRICT JUDGE**:
        Judge's Name

The C.J.A. attorney previously appointed to represent defendant Bary,

_____ is hereby ordered to re-appointed for

representation of the defendant in the above captioned matter for

purposes of maing a mo<u>tion for compass</u>ionate release.

**SO ORDERED**.

_____
            Hon. Lewis A. Kaplan
**UNITED STATES DISTRICT JUDGE**

**Dated:   New York, New York**